# 970 CASES REPORTED WITH BRIEF SYLLABI.

FRANK A. LOBEE, SR., and Another, Appellants, v. DENBY MOTOR TRUCK COMPANY, Respondent.— Judgment affirmed, with costs. All concurred.

ALTA F. HADLEY, Respondent, v. MERVIN A. BACHMAN, Appellant.— Judgment and order affirmed, with costs. All concurred.

SIMON J. HADLEY, Respondent, v. MERVIN A. BACHMAN, Appellant.— Judgment and order affirmed, with costs. All concurred.

In the Matter of the Application of CARL H. SMITH for a Writ of Mandamus against ARTHUR W. KREINJEDER, Commissioner of Public Works of the City of Buffalo, N. Y.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

EARL W. MILLER, as Trustee in Bankruptcy, etc., Appellant, v. TRADERS NATIONAL BANK OF ROCHESTER, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

JOHN J. MCGROSSO, Appellant, v. RUTH C. MCGROSSO, Respondent.— Motion to dismiss appeal granted unless appellant shall file and serve printed papers on appeal and printed briefs within twenty days and pay to respondent's attorney ten dollars.

AUGUST MASSETTI, Respondent, v. FRANK LACKIUSA and Others, Appellants.— Upon stipulation filed and in furtherance of justice, the appeal herein is transferred to the Appellate Division, Third Department, to be there heard and determined, pursuant to section 231 of the Code of Civil Procedure.